IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 21-1-BU-DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CRYSTAL LEIGH SPEAKTHUNDER, | |
| Defendant. | |

Defendant has filed an unopposed motion for leave to appear by video at the change of plea hearing scheduled for July 9, 2021 at 10:30 a.m. or in the alternative for a continuance of the hearing. Accordingly,

IT IS ORDERED that Defendant's request for leave to appear by video is DENIED, but her alternative request for a continuance is GRANTED. Because Defendant is currently in state custody in Yellowstone County, the United States Marshal cannot transport Defendant to Missoula for a change of plea hearing without a Writ of Habeas Corpus (for prosecution). The July 9, 2021 change of plea hearing is hereby VACATED, pending an application for a Writ of Habeas

1

Corpus (for prosecution) by the United States.

DATED this 8th day of July, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge