IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  21–1–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CRYSTAL LEIGH SPEAKTHUNDER, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea.  (Doc. 64.)  Because neither party objected, they are not entitled to *de novo* review.  28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Therefore, the Court reviews the Findings and Recommendation for clear error.  *McDonnel Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed."  *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Ms. Speakthunder is charged with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349 (Count I), four counts of wire fraud, in violation of 18 U.S.C. §§ 1343 and 2 (Counts II-V) and four counts of aggravated identity theft, in violation of 18 U.S.C. §§ 1028A(a)(1) and 2 (Counts VI-IX).

1

(Doc. 1.)  Judge DeSoto recommends that this Court accept Ms. Speakthunder's guilty plea as to Counts V and IX after she appeared before her pursuant to Federal Rule of Criminal Procedure 11.  The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 64) is ADOPTED in full.

IT IS FURTHER ORDERED that Ms. Speakthunder's motion to change plea (Doc. 45) is GRANTED.

IT IS FURTHER ORDERED that Ms. Speakthunder is adjudged guilty as charged in Counts V and IX of the Indictment.

DATED this 2nd day of September, 2021.

Dana L. Christensen, District Judge
United States District Court